1  John boutte , Pro Se
2  225 Berry Street #308
3  San Francisco , California 94107
4  ( 415 ) 896-9205

United States District Court

Northern District of California

9  John Boutte , Pro Se               ) Case Number :
10         Plaintiff,                 ) Petition and Complaint In The Nature of A
11     vs.                            ) Suit For Deprivation of Federally
12  The San Francisco SPCA Animal Hospital   Protected Rights 42 USC 1983 . For
13         Defendant                  Injunctive Relief and Other Damages as
                                      The Court Shall Determine Reasonable .
                                      And Under Amendment 18 usc 1964 (a) Civil
                                      RICO .
                                      )
                                      )
                                      )
                                      )
                                      )
                                      )
                                      )

Complaint

Comes Now John Boutte , Pro Se and files this suit pursuant to The Federal Rules of Civil Procedure ; Asserting all of the Rights of A Pro Se Litigant as established in Common Law ; And for cause pleads the following :

1. I took my small dog to the SF SPA and gave the permission to operate on my dog who had problems after giving birth to puppies .

Summary of Pleading - 1

1  2. The agree amount of charge was $ 2,000.00 dollars .

2  3. About a month later I took the dog back for a check up  and they gave me a
3     bill for $ 4,000.00 .

4  4. The Defendant then proceeded to take money out of my Bank account , without
5     my authorization . Plaintiff will amend this Complaint to include 18 USC
6     1964(a) .

7  5. Defendant has violated my rights under 42 USC 1983 and the United States
8     Constitution .

9                                    Prayer

10  Now Therefore , Plaintiff Prays for $ 100,000.00 , (One Hundred Thousand
11  Dollars ) damages. and $ 300,000.00 from the defendant pursuant to Federal
12  Statue Under 18 USC 1964(a) .

13                                           Respectfully Submitted ,

14                                           _____

15                                           Mr. John Boutte

17                                           Dated this 23rd day of September, 2007 .