<u>Motion to Proceed</u> E-filing

<u>FILED 07 NOV -7 PM 12:30   Forma Pauperis</u> EDL

<u>John Boutte, Prose V. San</u>

<u>San Francisco Animal Hospital.</u>

I John Boutte swear and affirm that my total income is $940.00 Disability Income from the State and Federal Government.

Under Penalty of Perjury.

X JOHN BOUTTE
J.B.
John Boutte
John Boutte