UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BOUTTE,

    Plaintiff,

    v.

THE SAN FRANCISCO SPCA ANIMAL HOSPITAL,

    Defendant.
_____/

No. C 07-5661 PJH

**ORDER DISMISSING CASE**

    The court having dismissed the complaint in the above-entitled action pursuant to 28 U.S.C. § 1915(e), with leave to amend, and plaintiff having failed to file an amended complaint in accordance with the court's instructions, the court finds that the action must be DISMISSED.

**IT IS SO ORDERED.**

Dated: February 20, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge