UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BOUTTE,

    Plaintiff,                       No. C 07-5661 PJH

    v.                              **JUDGMENT**

THE SAN FRANCISCO SPCA
ANIMAL HOSPITAL,

    Defendant.

_____/

    The court having dismissed the complaint in the above-entitled action pursuant to 28 U.S.C. § 1915(e),

    It is Ordered and Adjudged

    that plaintiff take nothing, and that the action be dismissed.

Dated: February 20, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge