1  Mr. John Boutrte

2  225 Berrry Street # 303

3  San Francisco , California 94107

4  ( 415 ) 8969205

5

6

7             United States District Cout

8             Northern District of California

9

10    John Boutte              ) Case No.: C 07-5661 PJH
                               )
11         Plaintiff,           ) Notice of Appeal
                               )
12    vs.                      )
                               )
13    The San Francisco SPCA   )
                               )
14    Animal Hospital          )
                               )
15         Defendant

16  _____

17

18                    Notice of Appeal

19    Comes Now John Boutte , and files this his Notice of Appeal Pursuant to the

20  Federal Rules of Civil Procedure . Plaintiff hereby request pursuant to the rule that

21  The complete record of this case be forwarded to the Court of Appeals .

22

23                           Respectfully Submitted ,

24

25                           *JOHN BOUTTE* (signature)

26                           Mr. John Boutte

27

28                           Dated this 25th day of February, 2008


                    Summary of Pleading - 1