UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

February 29, 2008

**CASE INFORMATION:**
Short Case Title: Boutte v. The San Francisco SPCA Animal Hospital
Court of Appeals No. (leave blank if a unassigned)
U.S. District Court, Division & Judge Name: Northern District of California, Civil Division, Judge Hamilton
Criminal and/or Civil Case No.: CV-07-5661 PJH
Date Complaint/Indictment/Petition Filed:  11/7/07
Date Appealed order/judgment *entered* 2/20/08
Date NOA *filed* 2/28/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)    ☐ denied in full (send record)
                          ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: NONE
*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                          Date Docket Fee Billed: 2/29/08
Date FP granted:                               Date FP denied: 1/23/08
Is FP pending? ☐ yes  ☐ no                     Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☒ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                             Appellee Counsel:

SEE DOCKET SHEET

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                   Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:              9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Felicia Reloba
                                                    415-522-2000