**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 29, 2008

John Boutte
225 Berry Street #303
San Francisco, CA 94107

SUBJECT:     Request for Payment of Docket Fee

**Title: JOHN BOUTTE -v- THE SAN FRANCISCO SPCA ANIMAL HOSPITAL**
**Case Number:     CV 07-05661 PJH**
**Court of Appeals Number:**

A notice of appeal was filed with this Court on 2/28/08 and the docketing fee of $455.00 has not been received.  Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by:  Felicia Reloba
**Case Systems Administrator**

**cc: U.S. Court of Appeals**