**FILED**
08 MAR 10 PM 1:46

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 29, 2008

**RECEIVED**
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

MAR - 3 2008

FILED
DOCKETED

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-5661 PJH**

**CASE TITLE: Boutte v. The San Francisco SPCA Animal Hospital**

USCA Case Number:

08-15457

Dear Sir/Madam:

      Enclosed is the Notice of Appeal in the above captioned case. Please acknowledge

receipt on the enclosed copy of this letter and return it to this office.

                                 Sincerely,

                                 RICHARD W. WIEKING, Clerk

                                 by: Felicia Reloba
                                 Case Systems Administrator

cc: Counsel of Record

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 05 2008

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| John Boutte,<br><br>Plaintiff - Appellant<br><br>v.<br><br>The San Francisco SPCA Animal Hospital,<br><br>Defendant - Appellee | No.  08-15457<br>D.C. No.  3:07-CV-05661-PJH<br><br><br>**TIME SCHEDULE<br>ORDER** |

The parties shall meet the following time schedule:


**Mon., April 14, 2008**          Appellant/petitioner's opening brief and excerpts of
                                   record shall be served and filed pursuant to FRAP 32
                                   and 9th Cir. R. 32-1;

**The optional appellant/petitioner reply brief shall be filed and served within
fourteen days of service of the appellee/respondent's brief, pursuant to FRAP
32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in
automatic dismissal of the appeal.  9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal
may have their case submitted on the briefs and record without oral
argument, pursuant to FRAP 34(a).  Within 10 days of the filing of the
appellant's opening brief, parties may file a statement setting forth the
reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:
Molly Dwyer
Acting Clerk of Court

Ruben Talavera
Deputy Clerk