1 | Mr. John Boutte , Pro Se
2 | 225 Berry Street Apt. 303
3 | San Francisco , California 94107
4 | ( 415-896-9205 )

FILED
08 MAR 18 PM 12: 24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court

Northern District of California

[Court name]

John Boutte , Pro Se          ) Case No.: CV 07-05661 PJH
                              ) Letter of Acknowledgement
        Plaintiff,            )
                              )
    vs.                       )
                              )
The San Francisco SPCA Animal Hospital  )
                              )
        Defendant             )

Acknowledgement

Dear Clerk :

   This Letter acknowledges receipt of your letter to me forwarding my case

   To the Court of Appeals .

                                    Dated this 14, day of March , 2008

                                    J OHNB OUTTE
                                    _____
                                    John Boutte , Pro Se

[Summary of pleading] - 1

Mr. John Boutte
225 Berry St. #503
San Francisco, CA 94109

Office of the Clerk, U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102