FILED

UNITED STATES COURT OF APPEALS

JUN 20 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN BOUTTE, | No. 08-15457 |
| Plaintiff - Appellant, | D.C. No. 3:07-CV-05661-PJH<br>Northern District of California,<br>San Francisco |
| v. | |
| THE SAN FRANCISCO SPCA ANIMAL HOSPITAL, | ORDER |
| Defendant - Appellee. | |

    This court received a motion to proceed in forma pauperis on April 28, 2008 which was undated, unsigned and lacked a case number. The caption on the motion reads "John Boutte, Pro Se vs. Experian Information Systems." No such appeal exists in this court. The Clerk shall strike from the docket a notation that the motion was filed in case no. 08-15457, *John Boutte v. The San Francisco SPCA Animal Hospital.*

    This court informed appellant on March 26, 2008 that the docketing and filing fees for this appeal were past due. Appellant shall have one final opportunity, within 21 days from the date of entry of this order, to: (1) file a properly captioned motion with this court to proceed in forma pauperis, along with

LN/MOATT

a financial affidavit; (2) pay $455.00 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute.  The Clerk shall serve a Form 4 financial affidavit on appellant.

If appellant fails to comply with this order, the appeal will be dismissed automatically by the Clerk under Ninth Circuit Rule 42-1.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Liz Noteware
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A