Mr. John Boutte
225 Berry Street #363
San Francisco, CA. 94107
July 11, 2008
415-896-9205

FILED
08 JUL 14 PM 1:39
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of The Clerk
U. S. District Court
450 Golden Gate Ave., 16th Floor
San Francisco, CA. 94102

3:07-CV-05661-PJH

Dear Clerk:

I do not have $350. and I do not owe $350.00 in the case of <u>Boutte v. San Francisco Animal Hospital</u>. I am a 73 year old man on fixed income. This action by the District Court and its Clerk is a violation of my rights under Title 18 US Code, Title 42 U.S. Code and the US Constitution. Please send all information for me to file a federal Tort Claim.

John Boutte
Mr. John Boutte