```
                                                                    FILED
           UNITED STATES COURT OF APPEALS                        JUL 23 2008

                  FOR THE NINTH CIRCUIT                      MOLLY C. DWYER, CLERK
                                                              U.S. COURT OF APPEALS
```

| | |
|---|---|
| JOHN BOUTTE,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>THE SAN FRANCISCO SPCA ANIMAL HOSPITAL,<br><br>    Defendant - Appellee. | No. 08-15457<br><br>D.C. No. 3:07-CV-05661-PJH<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

  On June 20, 2008, this court ordered appellant, within 21 days, either to pay the filing fees or move to proceed in forma pauperis. The order warned appellant that failure to pay the fees or to move to proceed in forma pauperis would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, appellant has not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

  This order served on the district court shall act as and for the mandate of this court.

              FOR THE COURT:

              Molly Dwyer
              Clerk of Court

              By: Liz Noteware
              Motions Attorney/Deputy Clerk
              9th Cir. R. 27-7
              General Orders/Appendix A

LN/MOATT